# U.S. District Court
## Eastern District of TEXAS [LIVE] (Marshall)
## CIVIL DOCKET FOR CASE #: 2:25−cv−00896−JRG

Control Sync Systems, LLC v. Sony Electronics Inc.  
Assigned to: District Judge Rodney Gilstrap  
Cause: 35:271 Patent Infringement

Date Filed: 08/27/2025  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Control Sync Systems, LLC**                    represented by **David R Bennett**  
David R. Bennett  
Direction IP law  
P. O. Box 14184  
Chicago, IL 60614−0184  
312−291−1667  
Email: dbennett@directionip.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Steven Kalberg**  
865 Marquette Court  
Vernon Hills, IL 60061  
847−508−1294  
Email: skalberg@directionip.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sony Electronics Inc.**                     represented by **Gregory S Gewirtz**  
Lerner David LLP  
NJ  
20 Commerce Drive  
Cranford, NJ 07016  
908−654−5000  
Email: ggewirtz@lernerdavid.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/27/2025 | 1 | COMPLAINT *for Patent Infringement* against Sony Electronics Inc. ( Filing fee $ 405 receipt number ATXEDC−11054179.), filed by Control Sync Systems, LLC. (Attachments: # 1 Exhibit A United States Patent No. 7,812,889, # 2 Civil Cover Sheet)(Kalberg, Steven) (Entered: 08/27/2025) |
| 08/27/2025 | 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 emailed to the Director of the U.S. Patent and Trademark Office. (Kalberg, Steven) (Entered: 08/27/2025) |

| | | |
|---|---|---|
| 08/27/2025 | Ï 3 | Fed. R. Civ. P. 7.1(a)(1) Disclosure Statement filed by Control Sync Systems, LLC (Kalberg, Steven) (Entered: 08/27/2025) |
| 08/27/2025 | Ï | Case assigned to District Judge Rodney Gilstrap. (NKL) (Entered: 08/27/2025) |
| 08/27/2025 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (NKL) (Entered: 08/27/2025) |
| 08/27/2025 | Ï 4 | SUMMONS Issued as to Sony Electronics Inc. c/o Corporation Service Company. (NKL) (Entered: 08/27/2025) |
| 08/27/2025 | Ï 5 | NOTICE of Attorney Appearance by David R Bennett on behalf of Control Sync Systems, LLC (Bennett, David) (Entered: 08/27/2025) |
| 09/08/2025 | Ï 6 | NOTICE of Attorney Appearance by Gregory S Gewirtz on behalf of Sony Electronics Inc. (Gewirtz, Gregory) (Entered: 09/08/2025) |
| 09/08/2025 | Ï 7 | UNOPPOSED MOTION for Extension of Time to File Answer re 1 Complaint, by Sony Electronics Inc.. (Attachments: # 1 Proposed Order)(Gewirtz, Gregory) (Entered: 09/08/2025) |
| 09/11/2025 | Ï 8 | ORDER granting 7 Motion for Extension of Time to Answer Sony Electronics Inc. answer due 11/3/2025. Signed by District Judge Rodney Gilstrap on 9/10/2025. (NKL) (Entered: 09/11/2025) |
| 09/15/2025 | Ï 9 | AMENDED Fed. R. Civ. P. 7.1(a)(1) Disclosure Statement filed by Control Sync Systems, LLC identifying Corporate Parent Patent Asset Management, LLC for Control Sync Systems, LLC. (Bennett, David) (Entered: 09/15/2025) |
| 10/17/2025 | ï 10 | UNOPPOSED MOTION to Change Venue *(Defendant's Unopposed Motion to Transfer Case to the United States District Court for the District of New Jersey)* by Sony Electronics Inc.. (Attachments: # 1 Proposed Order)(Gewirtz, Gregory) (Entered: 10/17/2025) |
| 10/20/2025 | ï 11 | ORDER granting 10 Motion to Change Venue. Signed by District Judge Rodney Gilstrap on 10/20/2025. (NKL) (Entered: 10/20/2025) |